**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| TRAVIS CONISH,            ) | |
|        Plaintiff,    ) | |
| ) | |
| v.                        ) | No. 3:07-CV-2178-D |
| ) | |
| DALLAS COUNTY POLICE,     ) | |
|        Defendant.   ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

November 14, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE